United States District Court
Southern District of Texas

**ENTERED**

June 29, 2026

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Guangxin Sun, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 4:26-cv-03355 |
| | ) | |
| Joseph B. Edlow, Director of U.S. | ) | |
| Citizenship and Immigration Services; | ) | |
| Carrie M. Selby, Acting Associate | ) | |
| Director of Service Center Operations | ) | |
| Directorate. | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss Original Complaint (docket no. 11) under the principle of mootness is GRANTED.

IT IS ORDERED that the Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

SIGNED at Houston, Texas this 29th of June, 2026.

Judge Sim Lake
United States District Judge